■ In the Matter of the Claim of MACKSON KINARD, Respondent, v BATTLE VERZENI CONSTRUCTION COMPANY et al., Appellants. WORKERS' COMPENSATION BOARD, Respondent.—Casey, J. Appeal from a decision of the Workers' Compensation Board, filed January 11, 1989.

The employer, Battle Verzeni Construction Company, contends that the Workers' Compensation Board's finding of a causally related disability is not supported by substantial evidence. In particular, the employer points to certain alleged inconsistencies and asserts that the testimony of claimant's expert is incredible as a matter of law. Based upon our review of the record, however, we agree with the Board that the claimed inconsistencies, together with the conflicting opinion of the employer's expert, created a factual question of credibility which was for the Board to resolve *(see, e.g., Matter of Film v Holmes Transp.,* 147 AD2d 831). We also find no merit in the employer's argument that the Board could not award an appearance fee to claimant's medical expert *(see,* 12 NYCRR 301.1).

Decision affirmed, with costs to the Workers' Compensation

Board. Mahoney, P. J., Casey, Weiss, Levine and Harvey, JJ., concur.

